UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| D'EWART REPRESENTATIVES LLC,<br>　　　　Plaintiff,<br><br>　v.<br><br>SEDIVER USA INC,<br>　　　　Defendant. | CASE NO. C22-0802-KKE<br><br>ORDER ON MOTION TO STAY PROCEEDINGS AND MODIFY SCHEDULING ORDER |

　　　This matter comes before the Court on the parties' joint motion to stay proceedings and to modify the scheduling order.  Dkt. No. 49.  While the Court finds that the parties have shown good cause to continue the trial date and related pretrial deadlines by approximately 90 days, the Court's calendar cannot accommodate the parties' proposed schedule.

　　　Accordingly, the motion is GRANTED IN PART and DENIED IN PART.  Dkt. No. 49.  Because the Court has found good cause for a continuance, all unexpired case deadlines (Dkt. No. 35) are VACATED.  The parties are directed to jointly contact Courtroom Deputy Diyana Staples, at diyana_staples@wawd.uscourts.gov to identify a new trial date.  A new case schedule will then be issued in accordance with the Court's standard scheduling order.

　　　Dated this 25th day of March, 2024.

*Kymberly K Evanson*
_____
Kymberly K. Evanson
United States District Judge